JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

GUSTAV W. EYLER
Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050 / (202) 598-8337
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov

*Attorneys for the United States*

```
      FILED         RECEIVED
      ENTERED       SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAY 2 3 2022

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 2:19-mj-464-EJY |

### GOVERNMENT'S MOTION TO UNSEAL SECTION 2703(d) DOCUMENTS

On July 8, 2019, the Court issued an Order pursuant to 18 U.S.C. § 2703(d) requiring Microsoft Corporation to disclose certain records pertaining to the email address mikezeto@live.com, which was connected to an investigation regarding Michael Zeto. Because that warrant was part of an ongoing investigation, the Court issued (a) an order sealing the warrant documents and (b) an order pursuant to 18 U.S.C. § 2705(b)

1 commanding Microsoft not to disclose the existence of the application or Order for 120 days.

On April 20, 2022, a federal Grand Jury charged Michael Zeto in this District in Case No. 2:22-cr-85-GMN-DJA with violating 18 U.S.C. §§ 1343 (wire fraud), 1344(2) (bank fraud), and 1028A(a)(1) (aggravated identity theft). Zeto made his initial appearance on these charges on April 21, 2022.

It is possible that evidence obtained pursuant to the Section 2703(d) Order will be introduced at trial. Accordingly, the Government hereby moves this Court for an Order unsealing the above-captioned Order and accompanying documents, including the application, so that the Government may provide those documents to defense counsel for Zeto in Case No. 2:22-cr-85.

DATED this 23th day of May 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

DANIEL ZYTNICK
Trial Attorney
U.S. Department of Justice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)

Case No. 2:19-mj-464-EJY

**[Proposed] Order Granting Government's Motion to Unseal Section 2703(d) Documents**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the above-captioned Order and accompanying documents, including the application, shall be unsealed.

DATED this _____ day of May 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE